# IN THE NINTH COURT OF APPEALS

09-16-00176-CV

In the Interest of A.G.B. and L.A.B.

On Appeal from the
418th District Court of Montgomery County, Texas
Trial Cause No. 10-04-03546-CV

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the judgment of the trial court is affirmed. All costs of the appeal are assessed against the appellant.

Opinion of the Court delivered by Justice Charles Kreger

December 14, 2017

## AFFIRMED

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court